OFT (3/12/14)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Jeffrey Grant Henderson**
**Margot Terese Henderson**
*Other names used by debtor:* McKenzie, Inc. dba Zeplinz, Henderson & Henderson, Inc. dba Budget Blinds
*Other names used by joint debtor:* McKenzie, Inc. dba Zelpinz, Henderson & Henderson, Inc. dba Budget Blinds
Debtor(s)

Case No. **14−63305−tmr7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

October 6, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **1/6/15** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at <u>www.orb.uscourts.gov</u>. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503−326−1500 or 541−431−4000 to request a claim form.